Randall B. Christison (SBN 56729)
CHRISTISON LAW FIRM
707 Broadway, Suite 1800
San Diego, CA 92101-5314
619.233.3200
randychristison@yahoo.com

Stephen G. Recordon (SBN 91401)
RECORDON & RECORDON
225 Broadway, Suite 1900
San Diego, CA 92101
619.232.1717
sgrecordon@aol.com

Clinton J. Rooney (SBN 221628)
ROONEY & LICKEL
1102 Cesar E. Chavez Pkwy
San Diego, CA 92113
619.573.9547
rooneycdi@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. BUTLER, | CASE NO. 10 CV 1144 H NLS |
| Plaintiff, | COMPLAINT FOR DAMAGES FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT and FOR RELATED STATE LAW CLAIM |
| v. | |
| GOLDSMITH & HULL, APC, and HARVEST CREDIT MANAGEMENT VII, LLC, | |
| | JURY TRIAL DEMANDED |
| Defendants. | |

## JURISDICTION AND VENUE

1. This is a claim for damages arising under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (FDCPA), the California Rosenthal Fair Debt Collection Practices Act (Rosenthal Act), by these Defendants and their employees and agents. These acts were part of the Defendants' illegal efforts to collect a consumer debt from Plaintiff. This court has

1

1  jurisdiction by reason of 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d), and by reason of 28 U.S.C. § 1367 for supplemental state law claims.

2. Venue is proper in this District in that the acts and transactions occurred here, Plaintiff resides here, and Defendants transact business here.

3. Supplemental jurisdiction is appropriate in that the action for illegal debt collection practices alleged in Count One arising under FDCPA is so related to the action for violation of the California Rosenthal Act, California Civil Code §§ 1788-1788.32, alleged in Count Two, as to form part of the same case or controversy under Article III of the United States Constitution. The Rosenthal Act claim in Count Two does not raise novel or complex issues of state law, or substantially predominates over the FDCPA claim in Count One. No other compelling reasons exist for the court to decline jurisdiction over the Rosenthal Act claim.

## PARTIES

4. Plaintiff is a natural person who resides in the City of San Diego, County of San Diego, State of California, and is a consumer as that term is defined by 15 U.S.C. § 1692a(3), and is a person affected by a violation of the FDCPA with standing to bring a claim under 15 U.S.C. § 1692k and California Civil Code § 1788.30.

5. Defendant HARVEST CREDIT MANAGEMENT VII, LLC is a Colorado Corporation and a collection agency operating from an address of 1580 Lincoln Street, Denver, Colorado 80203, does business in California, and is a debt collector as that term is defined by 15 U.S.C. §§ 1692a(2) and California Civil Code § 1788.2.

6. Defendant GOLDSMITH & HULL, APC, is a law firm incorporated in the State of California, operating from an address of 16933 Parthenia Street, Suite 110, Northridge, California 91343, does business in California, and is a debt collector as that term is defined by 15 U.S.C. §§ 1692a(2) and California Civil Code § 1788.2.

//
//

COMPLAINT FOR DAMAGES FOR VIOLATION OF THE FDCPA & RELATED STATE LAW CLAIMS

## FACTUAL ALLEGATIONS

7. On various dates before June 2009, Plaintiff incurred a financial obligations which were primarily for personal, family or household purposes. It is therefore a debt as that term is defined by 15 U.S.C. § 1692a(5) and California Civil Code § 1788.2.

8. Sometime later, the debt was sold, assigned, placed, or otherwise transferred to Defendants HARVEST CREDIT and GOLDSMITH & HULL for collection from Plaintiff.

### *June 29, 2009, Letter*

9. Defendant Goldsmith & Hull, acting as counsel for defendant HARVEST CREDIT sent a letter to Plaintiff (attached as Exhibit A), claiming a judgment for $6,795.92, plus interest and costs after judgment. The letter appears on GOLDSMITH & HULL's letterhead and is signed by GOLDSMITH & HULL, A Professional Corporation, by Cesar Camarena, Legal Case Coordinator."

10. The letter further contains a number of explicit legal terms and phrases, all referring to a prior judgment and to the remedies under consideration by HARVEST CREDIT and GOLDSMITH & HULL. A "least sophisticated consumer" would reasonably infer and believe this letter was sent by an attorney.

11. At no place in the letter does GOLDSMITH & HULL or HARVEST CREDIT indicate this letter is not written by or on behalf of an attorney, nor does it state that no attorney has reviewed the file or drafted the letter.

12. The letter therefore violates the Fair Debt Collection-Practices Act, and in particular 15 U.S.C. § 1692e(3) which includes in the Act's listing of prohibited "false, deceptive, or misleading representation or means in connection with the collection of any debt . . . [¶] (3) The false representation or implication that any individual is an attorney or that any communication is from an attorney." By violating the federal Fair Debt Collection Practices

Act, it also violates the California Rosenthal Fair Debt Collection Practices Act, and in particular, Civil Code § 1788.17.

### *Damages*

13. Plaintiff has suffered actual damages as a result of these illegal collection communications by these defendants in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, among other negative emotions.

### *Respondeat Superior Liability*

14. The acts and omissions of Defendants' employees and agents employed by Defendants HARVEST CREDIT and GOLDSMITH & HULL, and each of them, were committed within the course and scope of their employment of their employers Defendants HARVEST CREDIT and GOLDSMITH & HULL, or of their actual or apparent authority from their principals, Defendants HARVEST CREDIT and GOLDSMITH & HULL

15. Defendants HARVEST CREDIT and GOLDSMITH & HULL authorized or approved the acts and omissions by HARVEST CREDIT and GOLDSMITH & HULL's employees and agents and each of them, in advance.

16. Defendants HARVEST CREDIT and GOLDSMITH & HULL ratified the acts and omissions committed by HARVEST CREDIT and GOLDSMITH & HULL's employees and agents and each of them.

17. Defendants HARVEST CREDIT and GOLDSMITH & HULL is therefore liable to Plaintiff through the doctrine of respondeat superior for the intentional and negligent acts, errors, and omissions done in violation of state and federal law by its agents and employees.

//
//
//

## TRIAL BY JURY

18. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. U.S. Constitution, amend. 7; Fed.R.Civ.P. 38.

## CAUSES OF ACTION

### COUNT I.
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

19. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

20. The foregoing acts and omissions of each and every Defendant and their agents constitute numerous violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to Plaintiff.

21. As a result of each and every Defendants' violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from each and every Defendants herein.

### COUNT II.
### VIOLATIONS OF THE CALIFORNIA ROSENTHAL ACT
### California Civil Code §§ 1788-1788.33

22. Plaintiff incorporates by reference paragraphs 1- 21 of this Complaint.

23. This acts and omissions of each and every Defendant and their agents constitute numerous violations of the California Rosenthal Act, including, but not limited to the above-

1 | cited provisions of the Rosenthal Act, California Civil Code §§ 1788-1788.33, with respect to Plaintiff. Further, these acts were done willfully and knowingly in violation of the Rosenthal Act.

24. As a result of each and every Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to California Civil Code § 1788.30(a), statutory damages in an amount up to $1,000.00 pursuant to California Civil Code § 1788.30(b), and reasonable attorney's fees and costs pursuant to California Civil Code § 1788.30(c), from each and every Defendant.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against each and every Defendant for:

1. An award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) and pursuant to California Civil Code § 1788.30(a), against each and every Defendant and for each Plaintiff;

2. An award of statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) against each and every Defendant and for each Plaintiff;

3. An award of statutory damages of $1,000.00 pursuant to California Civil Code § 1788.30(b) against each and every Defendant; and

4. An award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) and pursuant to California Civil Code § 1788.30(c), against each and every Defendant.

//
//
//
//
//
//

1 | 5. An award of actual damages from each and every Defendant for the emotional distress
2 | suffered as a result of the intentional and negligent FDCPA violations in an amount to be
3 | determined at trial;
4 | 6. Costs of suit; and
5 | 7. And such other and further relief as to this court may seem just and proper.

Respectfully submitted,
Dated: April 16, 2010

CHRISTISON LAW FIRM,
RECORDON & RECORDON, and
ROONEY & LICKEL

By: /s/ Randall B. Christison

Randall B. Christison
Lead Attorney
Attorneys for Plaintiff

7

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS013976
Cashier ID: bhartman
Transaction Date: 05/27/2010
Payer Name: RECORDON AND RECORDON
--------------------------------
CIVIL FILING FEE
 For: BUTLER V GOLDSMITH AND HULL
 Case/Party: D-CAS-3-10-CV-001144-001
 Amount:       $350.00
--------------------------------
CHECK
 Check/Money Order Num: 10153
 Amt Tendered: $350.00
--------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00


There will be a fee of $45.00
charged for any returned check.
```

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert A Butler

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Randall B. Christison Christison Law Firm 707 Broadway, Suite 1800 San Diego, CA 92101-5314 619.233.3200

## DEFENDANTS
GOLDSMITH & HULL, APC,
HARVEST CREDIT MANAGEMENT

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED
2010 MAY 27 AM 9:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

'10 CV 1144 H    NLS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692
Brief description of cause:
Violation of Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 05/14/2010
SIGNATURE OF ATTORNEY OF RECORD: Randall B. Christison

**FOR OFFICE USE ONLY**
RECEIPT # 13476    AMOUNT $350    5/27/10 BY
APPLYING IFP    JUDGE    MAG. JUDGE